# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

CARLA MORTON,

        Plaintiff,

v.

EBIX HEALTH ADMINISTRATION EXCHANGE, INC.; and STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK, INC.,

        Defendants.

## NOTICE OF REMOVAL

Defendants EBIX Health Administration Exchange, Inc., and Standard Security Life Insurance Company of New York, by and through their undersigned attorneys, submit this Notice of Removal for the action captioned *Carla Morton v. Ebix Health Administration Exchange, Inc. and Standard Security Life Insurance Company of New York, Inc.*, Arapahoe County District Court Case No. 2019-cv-31797 ("State Court Action"), to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441 and 1446 and D.Colo.L.Civ.R 81.1.

1.    Plaintiff's Complaint was filed in the District Court for Arapahoe County, Colorado on July 31, 2019. *See* Complaint, Exhibit A. Plaintiff asserts claims for breach of contract, bad faith breach of insurance contract, and violation of C.R.S. §§ 10-3-1115 and 1116. *See id*.

2.    The Complaint was served on August 1, 2019. *See* Exhibit B.

3.    This Notice of Removal is filed within thirty days of August 1, 2019 as required by 28 U.S.C. § 1446(b).

4.    "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds a sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a)(1).

6. Diversity jurisdiction exists in this matter. Plaintiff and Defendants are residents and citizens of different states and the amount in controversy exceed $75,000.00.

7. Plaintiff Carla Morton is a natural person and citizen of the State of Colorado. *See* Complaint ¶ 1.

8. Defendant Ebix Health Administration Exchange, Inc. is an Indiana Corporation with its principal place of business in Arizona. *See* Exhibit C.

9. Defendant Standard Security Life Insurance Company of New York is a New York Corporation with its principal place of business in New York. *See* Exhibit D.

10. Complete diversity exists among the Plaintiff and Defendants.

11. The amount in controversy exceeds $75,000.00. Plaintiff certified that it is seeking judgment in excess of $100,000.00 on the Civil Cover Sheet submitted with the Complaint. *See* Exhibit E; *Paros Props, LLC v. Colo. Cas. Ins. Co.,* 835 F.3d 1264, 1272-73 (10th Cir. 2016). Additionally, Plaintiff seeks statutory penalties and attorneys' fees provided by C.R.S. §§ 10-3-1115 and 1116. *See* Complaint ¶ 36.

12. Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(a)(1).

13. Ebix Health Administration Exchange, Inc. and Standard Security Life Insurance Company of New York have not responded to the Complaint in the State Court Action.

14. Pursuant to 28 U.S.C. § 1446(d) and D.Colo.L.Civ.R. 81.1, this Notice of Removal has been sent to all other parties in this action and has been filed with the state court clerk's office. Also within fourteen days of the filing of this Notice of Removal, Ebix Health Administration Exchange, Inc. and Standard Security Life Insurance Company of New York will file a current state court docket sheet (Register of Actions) and will separately file each pending motion, petition, and related response, reply, and brief. No hearing has been set in the State Court Case.

- 3 -

15. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Ebix Health Administration Exchange, Inc. and Standard Security Life Insurance Company of New York are also submitted.

16. Pursuant to D.C.Colo.LAttyR 5(a)(3), the undersigned hereby certifies that he is a member in good standing of the bar of this court.

Dated this 30th day of August, 2019

/s/ *Edward J. Hafer*
GORDON REES SCULLY MANSUKHANI, LLP

Edward J. Hafer
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Phone:  303.200.6884
Fax:  303.534.5161
ehafer@gordonrees.com

QUARLES & BRADY LLP
Coree E. Neumeyer
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
coree.neumeyer@quarles.com

*Attorneys for Defendants*

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this the 30th day of August, 2019, addressed to:

> Thomas A. Bulger, #29390
> Silvern & Bulger, P.C.
> 4800 Wadsworth Boulevard, Suite 307
> Wheat Ridge, CO 80033
> Phone:  303-292-0044
> Fax:  303-292-1466
> counsel@silvernbulger.com

>   /s/ Monica Vela_____
> GORDON REES SCULLY MANSUKHANI, LLP